Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS
JUN - 8 2017
DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Patrick Wilson, Jr., a/k/a "Pedy" | ) | Case No. 1:17-cr-129-3 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Patrick Wilson, Jr., a/k/a "Pedy",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Aiding and Abetting

Date: 06/08/2017

/s/ Christy Davis
*Issuing officer's signature*

City and state: Bismarck, ND

Christy Davis, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/8/17, and the person was arrested on *(date)* 7/28/17
at *(city and state)* DETROIT, MI.

Date: 8/1/17

[signature] Pam Boll for ICE/HSI
*Arresting officer's signature*

LAURA M BOLL, DUSM
*Printed name and title*